Argued: June 4, 2026

IN THE SUPREME COURT

OF MARYLAND

JD No. 1

September Term, 2025

—————————————————————

IN THE MATTER OF THE HONORABLE
MARC KNAPP, JUDGE OF THE ORPHANS'
COURT FOR ANNE ARUNDEL COUNTY

—————————————————————

Watts
Booth
Biran
Gould
Eaves
Harrell, Glenn T. (Senior Justice,
   Specially Assigned)
McDonald, Robert N. (Senior
   Justice, Specially Assigned),

JJ.

—————————————————————

PER CURIAM

—————————————————————

Filed: June 4, 2026

*Fader, C.J., and Killough, J., did not participate
in this matter.

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  | * | IN THE |
| IN THE MATTER OF THE HONORABLE MARC KNAPP, JUDGE OF THE ORPHANS' COURT FOR ANNE ARUNDEL COUNTY | * | SUPREME COURT |
|  | * | OF MARYLAND |
|  | * | JD No. 1 |
|  | * | September Term, 2025 |

PER CURIAM ORDER

WHEREAS, the Maryland Commission on Judicial Disabilities, pursuant to Maryland Rule 18-435(c), referred to this Court its findings, conclusions of law, and recommendation, along with the record, in In the Matter of the Honorable Marc Knapp, Judge of the Orphans' Court for Anne Arundel County, Case Nos. CJD 2024-033, CJD 2024-034, CJD 2024-035, CJD 2024-040, CJD 2024-046, CJD 2024-047, CJD 2024-052, and CJD 2024-068, for the Court's consideration pursuant to Maryland Rule 18-437;

WHEREAS, this Court has considered the Findings of Fact, Conclusions of Law, Order and Recommendation filed by the Commission, "Judge Knapp's Exceptions to Findings of Fact, Conclusions of Law and Recommendation of the Commission on Judicial Disabilities," "Response of the Maryland Commission on Judicial Disabilities to Judge Knapp's Exceptions to Findings of Fact, Conclusions of Law and Recommendation of the Commission on Judicial Disabilities," "Judge Knapp's Memorandum Concerning the Denial of His Moti[o]n In Limine," "Response of the Maryland Commission on Judicial Disabilities to Judge Knapp's Memorandum," and the parties' arguments at a hearing before this Court on June 4, 2026;

WHEREAS, the Commission has determined that Judge Knapp violated Maryland Rules 18-101.1 (Compliance with the Law), 18-101.2 (Promoting Confidence in the Judiciary), 18-102.3 (Bias, Prejudice, and Harassment), 18-102.5 (Competence, Diligence, and Cooperation), 18-102.8(b) (Decorum, Demeanor, and Communication with Jurors), and 18-102.16 (Cooperation with Disciplinary Authorities);

WHEREAS, the Court has concluded that Judge Knapp committed one or more of the violations determined by the Commission;

WHEREAS, Maryland Rule 18-437(f)(1) provides that this Court may impose the disposition recommended by the Commission or any other disposition permitted by law;

WHEREAS, Article IV, § 4B(b)(1) of the Constitution of Maryland provides that, upon any recommendation of the Commission, this Court, after a hearing and upon a finding of misconduct while in office, or of persistent failure to perform the duties of the office, or of conduct prejudicial to the proper administration of justice, may remove the judge from office;

WHEREAS, this Court has carefully considered the Commission's recommendation and has concluded that, based on the egregious nature of the misconduct in this case, removal pursuant to Article IV, § 4B(b)(1) is the appropriate disposition;

Now, therefore, for reasons to be stated in an opinion later to be filed, it is this 4th day of June 2026,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, Marc Knapp is hereby removed from office as a Judge of the Orphans' Court for Anne Arundel County.



/s/ Shirley M. Watts
Senior Justice

*Neither Chief Justice Fader nor Justice Killough participated in the consideration of this matter.